**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS FERNANDO<br>　　ARRIOLA-BANUELOS,<br><br>　　　　Defendant. | Case Nos.: 17CR4364-DMS<br><br>**ORDER AND JUDGMENT TO DISMISS THE INDICTMENT.** |

Upon motion of the Plaintiff, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case against Defendant JESUS FERNANDO ARRIOLA-BANUELOS is dismissed without prejudice.

IT IS FURTHER ORDERED Defendant is to be released to the custody of Immigration and Customs Enforcement for further proceedings.

Dated: June 14, 2018

_____
Hon. Dana M. Sabraw
United States District Judge